### VINCENT MARZANO *v.* MANUEL LUIS
### (11472)

DUPONT, C. J., FOTI and LAVERY, Js.

Submitted on briefs February 23—decision released March 16, 1993

*Vincent Marzano,* pro se, the appellant (plaintiff), filed a brief.

*Thomas L. Brayton III* filed a brief for the appellee (defendant).

PER CURIAM. The decision is affirmed.

### JANAK S. DAVE *v.* ROBERT B. YULES ET AL.
### (11487)

DALY, FOTI and FREEDMAN, Js.

Argued February 24—decision released March 16, 1993

*Sanatkumar V. Pandit,* for the appellant (plaintiff).

*Brian W. Smith,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.